UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ADAM MCDERMOTT AND** | * | **CIVIL ACTION NO.:** |
| **MICHELE MCDERMOTT** | * | **2:23-CV-00542-NJB-KWR** |
| | * | |
| **VERSUS** | * | **CHIEF JUDGE:** |
| | * | |
| **UNITED PROPERTY & CASUALTY** | * | **NANNETTE JOLIVETTE BROWN** |
| **INSURANCE COMPANY AND** | * | |
| | * | **MAGISTRATE:** |
| **LOUISIANA INSURNACE GUARANTY** | * | |
| **ASSOCIATION** | * | **KAREN WELLS ROBY** |
| | * | |

### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel come Plaintiffs Adam McDermott and Michele McDermott ("Plaintiffs"), and file their *First Supplemental and Amending Complaint* and demand for Jury Trial in which Plaintiffs amend their original Petition to supplement the allegations and add as Defendant, the Louisiana Insurance Guaranty Association (hereinafter "LIGA"), respectfully averring as follows:

1. Plaintiffs are Adam McDermott and Michele McDermott both adult resident of the Parish of Orleans Louisiana.

2. Plaintiff now adds the Louisiana Insurance Guaranty Association ("LIGA") as an additional Defendant.

3. LIGA is domiciled in the State of Louisiana and may be served through its Agent for Service of Process, Deidre Arceneaux, Claims Manager, 2142 Quail Run Drive, Baton Rouge, Louisiana, 70808.

4. This Court has jurisdiction over this matter because the Defendant LIGA is an association formed by Louisiana law to manage insurance claims of insurance companies in receivership with its headquarters in East Baton Rouge Parish; the property that is the subject of

the dispute is located in Orleans Parish, and Plaintiffs' causes of action arise out of the said activities in Orleans Parish. The subject Property was insured at the time of the subject loss, property damage caused by Hurricane Ida, under a policy of insurance issued by UPC, an insurance company under receivership and liquidation. The value of Plaintiffs' claims exceeds any requisite amount.

5. Venue is proper in this District because a substantial part of the events or omissions giving rise to the claim occurred in said Orleans Parish. Plaintiffs resides in said Parish and the Property that is subject to the dispute between Plaintiffs and Defendant is in said Parish.

6. On December 19, 2022, Plaintiffs filed their original lawsuit in No. 2022-11426, *Adam McDermott and Michele McDermott v. United Property & Casualty Insurance Company*, Civil District Court, Parish of Orleans, State of Louisiana. (Doc. 1-2), against Defendant, United Property & Casualty Insurance Company ("UPC").

7. UPC was an insurance company domiciled in the State of Florida which at the time of the original filing of Plaintiffs lawsuit was authorized to do and was doing business in the State of Louisiana and the Parish of Orleans.

8. Plaintiff previously caused UPC to be served through its Agent for Service of Process, the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

9. On February 10, 2023, UPC filed a Notice of Removal transferring the lawsuit to this Court. (Doc. 1).

10. On February 17, 2023, UPC filed its Answer. (Doc. 5).

11. On February 27, 2023, the Second Judicial Circuit Court in and for Leon County,

Florida ("the Receivership Court") entered a *Consent Order Appointing the Florida Department of Financial Services as Receiver of United Property and Casualty Insurance Company for purposes of Liquidation, Injunction, and Notice of Automatic Stay*. (Doc. 7-1).

12. On March 6, 2023, this Court issued an Order that this case be stayed for six months. (Doc. 8).

13. LIGA is an association established by Louisiana law to provide certain benefits to the policyholders and claimants of insolvent insurers, such as the subject insurer, UPC, an insurance company under receivership and in liquidation.

14. LIGA by statute is tasked with paying policyholders' covered claims for insurance benefits for insolvent insurers such as UPC. La. R.S. 22:2052, *et seq.*

15. LIGA has failed to comply with its statutory duties and obligations under Louisiana Law and has failed to pay amounts owed for Plaintiffs' covered claim.

16. At all times relevant hereto, Plaintiffs owned the property located at 914 Gallier St, New Orleans, Louisiana 70117 (the "Property").

17. At all times relevant hereto, UPC provided a policy of insurance, number ULH5801862 (the "Policy"), to Plaintiffs which covered the Property against perils including hurricanes and provided the following coverages: $300,000 for Dwelling; $30,000 for Other Structures; $150,000 for Personal Property; and $60,000 for Loss of Use.

18. On or about August 29, 2021, Hurricane Ida caused significant damage to Plaintiffs' Property.

19. On or about September 5, 2021, Plaintiffs promptly reported the loss to Defendant, who assigned it claim number 21LA00132601 (the "Claim").

20. For the reasons stated in Plaintiff's Petition (Doc. 1-2) and the supplemental

allegations contain herein, Plaintiff's claims for covered damage and LIGA should pay those claims pursuant to its mandates provided by Louisiana law.

21. As a result of the insolvency of UPC, Defendant LIGA is tasked by Louisiana law to pay Plaintiffs' covered claim. Defendant, Louisiana Insurance Guaranty Association, has failed to comply with its statutory duties and obligations under Louisiana Law, and has failed to pay amounts owed for Plaintiffs' valid claim.

22. As a result of UPC's acts and omissions, and now LIGA's failure to comply with Louisiana law, Plaintiffs have incurred the following, non-exclusive damages, and seek a judgment awarding:

   a. Full indemnity for their covered claim;
   b. Diminution of the value of the Property;
   c. Actual repair costs;
   d. Costs of personal repairs at the Property;
   e. Actual costs related to personal property manipulation, cleaning, repair, and/or replacement;
   f. Additional living expenses, past, present, or future;
   g. Penalties delineated in La. R.S. §§ 22:1892 and 22:1973; and
   h. Attorney's fees, other professional fees, and litigation costs associated with the bringing of this action.
   i. Pre-judgment interest and post-judgment interest, and,
   j. All other relief available in law and equity.

23. Plaintiffs request a trial by jury.

WHEREFORE, Plaintiffs, prays that Defendant LIGA be served with a copy of this pleading, be duly cited to appear and answer the allegations contained therein, and that after expiration of all legal delays and proper legal proceedings, there be a judgment entered in favor of Plaintiffs and against Defendant in an amount that will fully and fairly compensate Plaintiffs pursuant to the evidence and in accordance with the law, all sums with legal interest thereon, from the date of judicial demand until fully paid, for all costs of these proceedings, and for all general and equitable relief.

                                                RESPECTFULLY SUBMITTED:

By: _____
William L. Pratt
Louisiana Bar No. 19113
wpratt@hodgefirm.com
J. Rohlf Jewell
Louisiana Bar No. 26350
rjewell@hodgefirm.com
The Hodge Law Firm, PLLC
1301 Market Street
Galveston, Texas 77550
Telephone: (409) 762-5000
Facsimile: (409) 763-2300

ATTORNEYS FOR PLAINTIFFS

**PLEASE SERVE DEFENDANT:**

LOUISIANA INSURANCE GUARANTY
ASSOCIATION
C/O DEIDRE ARCENEAUX
AGENT FOR SERVICE OF PROCESS
2142 QUAIL RUN DRIVE
BATON ROUGE, LOUISIANA 70808

5