UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADAM MCDERMOTT, ET AL. | CIVIL ACTION |
| VERSUS | NO. 23-542 |
| UNITED PROPERTY & CASUALTY INSURANCE COMPANY, ET AL. | SECTION: "G"(4) |

# ORDER

Considering the parties' Joint Stipulation of Dismissal with Prejudice,[1]

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. All claims raised in the above captioned matter are **DISMISSED WITH PREJUDICE,** with each party to bear its own costs.

NEW ORLEANS, LOUISIANA this  15th   day of October, 2025.

_____
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 23.

1